United States District Court
Southern District of Texas
**ENTERED**
October 14, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUZANNE ROBERTSON, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-24-2174 |
| STATE FARM LLOYDS, | § |
| Defendant. | § |

**ORDER SETTING HEARING**

The court sets a hearing for **October 18, 2024, at 1:00 p.m.** in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. At this hearing, the plaintiff must show cause why no appraisal has occurred. Failure to do so may lead to the dismissal of this case for failure to cooperate in conducting the appraisal.

SIGNED on October 14, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge