IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUZANNE ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-24-2174 |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case arises out of damages to the roof and interior of a property following a windstorm. (Docket Entry No. 1 ¶ 7). The defendant, State Farm Lloyds, insured the property. (*Id*.). The plaintiff has not allowed appraisers to inspect the property. (Docket Entry No. 13). The court entered an order on October 14, 2024, stating that the plaintiff, Suzanne Robertson, must show cause why no appraisal of her property has yet occurred. (Docket Entry No. 14). The plaintiff has failed to show cause for her refusal to permit an appraisal. The case is dismissed for want of prosecution.

SIGNED on October 18, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge